**Motion Granted and Order filed May 6, 2014**



In The

# Fourteenth Court of Appeals

————————

NO.  14-14-00234-CV

————————

**HARDRIDERS MOTORCYCLE CLUB ASSOCIATION, HARDRIDERS MOTORCYCLE CLUB FORT BEND COUNTY CHAPTER, HARDRIDERS CLUB GALVESTON COUNTY CHAPTER, HARDRIDERS CLUB LAFAYETTE CHAPTER, HARDRIDERS MOTORCYCLE CLUB BEAUMONT CHAPTER AND EFREM SEWELL,  ET AL, Appellants**

V.

**HARDRIDERS, INC., WAVERLY NOLLEY AND SHANNON MAYFIELD, Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-37278**

---

## ORDER

Appellants have filed an unopposed motion to have the records from prior proceedings filed in this court transferred to this appeal from a final judgment.  The

motion is granted.

Accordingly, we order the records filed in each of the cases below transferred into Appeal No. 14-13-00234-CV:

1.      *Sewell v. Hardriders, Inc.,* No. 14-11-00772-CV;

2.      *Sewell v. Hardriders, Inc.,* No. 14-11-01023-CV; and

3.      *Sewell v. Hardriders, Inc.,* No. 14-12-00541-CV.


PER CURIAM